# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*10-Nov-2023*

**Customer**

VILLA ROSA REST.YARDLEY
661 HEACOCK ROAD
215-555-1212
YARDLEY, PA  19067

| Account# | Total Due | Current |
|---|---|---|
| 758 | $4,069.43 | ($1,805.23) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,481.46 | $2,407.63 | $0.00 | $0.00 | $1,985.57 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2012785 | 2-Jun-21 | 2-Jun-21 | IN | $1,595.69 | **$1,068.41** | Delinquent | |
| 2024989 | 3-Aug-22 | 3-Aug-22 | IN | $1,329.60 | **$20.14** | Delinquent | |
| 2031047 | 3-May-23 | 3-May-23 | IN | $897.02 | **$897.02** | Delinquent | |
| OP105960 | 22-May-23 | 22-May-23 | OP | ($897.02) | **($897.02)** | Credit | |
| 2033504 | 14-Sep-23 | 14-Sep-23 | IN | $1,033.29 | **$1,033.29** | Delinquent | |
| 2033608 | 21-Sep-23 | 21-Sep-23 | IN | $1,374.34 | **$1,374.34** | Delinquent | |
| 2033742 | 28-Sep-23 | 28-Sep-23 | IN | $1,481.46 | **$1,481.46** | Delinquent | |
| 2033811 | 4-Oct-23 | 4-Oct-23 | IN | $1,077.36 | **($908.21)** | Credit | |