# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br>　　　　　Plaintiff. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br>　　　　　Plaintiff,<br>　　　　　v.<br>Villa Rosa Pizza & Restaurant,<br>　　　　　Defendant. | Adversary No. 23-00081-pmm |

**Praecipe to Mark Judgment Satisfied**

To the Clerk of Court:

　　Please mark the judgment in this case as satisfied. Thank you.

Date: March 8, 2024　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com